UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANDREW FABER,                     )
                        Plaintiff,        )
                                          )        No. 1:17-cv-355
-v-                                       )
                                          )        Honorable Paul L. Maloney
TERRANCE SMITH,                           )
                        Defendant.        )
                                          )

## JUDGMENT

The Court has resolved all pending claims.  As required by Rule 58 of the Federal

Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  December 7, 2017                          /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge